IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD RAMOUS,

    Plaintiff,                     No. 2:08cv1901 FCD JFM PS

    vs.

WARREN PROPERTIES, INC.,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On September 8, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

        On September 8, 2008, defendant filed a motion to dismiss.  In light of the findings and recommendation issued the same date, defendant's motion is moot and will be denied without prejudice; the October 17, 2008 hearing will also be vacated.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's September 8, 2008 motion to dismiss (docket no. 5) is denied without prejudice, and the October 17, 2008 hearing set before Magistrate Judge John F. Moulds is vacated.

2. The findings and recommendations filed September 8, 2008, are adopted in full.

3. This action is dismissed for lack of subject matter jurisdiction.

DATED: October 2, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE